**No. P66/276.**—M. H. Garvey Co. *v.* United States, protests 60/19152,
61/20365, and 61/20379 (Boston).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of palm leaf hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiff was sustained.